## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christine Schmidt-Gossen,

         Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security,

         Defendant.

Civil No. 10-2406 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment (Doc. No. 6) is **GRANTED IN PART AND DENIED IN PART**;

2. The case is remanded pursuant to Sentence Four of 42 U.S.C. § 405(g), for further proceedings consistent with this opinion; and

3. Defendant's motion for summary judgment (Doc. No. 16) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2011

                                        s/David S. Doty
                                        DAVID S. DOTY, Judge
                                        United States District Court